# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHERYL LYNN BISHOP, Individually and as Surviving Spouse of STEVEN GREGORY BISHOP, and as Administrator of the Estate of STEVEN GREGORY BISHOP, Deceased, and PATRICIA FREEMAN, Individually and as Administrator of the Estate of TOMMY DWAYNE JOHNSON, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CONTAINERPORT GROUP, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO. ____<br><br>REMOVED FROM STATE COURT OF GWINNETT COUNTY<br>CAFN: 22-C-01698-S5 |

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW, Defendant Containerport Group, Inc., and files this Notice of Removal to United States District Court, pursuant to 28 U.S.C. §§ 1441 and 1446, showing this Court as follows:

### STATEMENT OF THE CASE & PROCEDURAL HISTORY

1. This renewal action was commenced in the State Court of Gwinnett County, State of Georgia as Civil Action File No. 22-C-01698-S5, with the parties

named and aligned as stated in the caption of this document. Plaintiff's initial pleading renewing this action was filed with the Clerk of the State Court of Gwinnett County on March 23, 2022. A true and correct copy of Plaintiffs' renewal complaint is attached as "Exhibit A."

2. Defendant has not been served as of the time of filing this Notice of Removal. Therefore, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(1).

3. The action alleges Plaintiffs suffered damages related to the deaths of Steven Bishop and Tommy Johnson as a result of Defendant's negligence, specifically under the following theories: ordinary negligence, negligence per se, imputed liability, negligent hiring, training, supervision, and retention, wrongful death, and punitive damages.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332

4. Subject-matter jurisdiction exists over this case under 28 U.S.C. § 1332.

5. Plaintiff Sheryl Bishop is a Georgia resident who resides at 114 Dogwood Trail, Dallas, GA 30157, and is subject to the jurisdiction of this Court. (Compl. ¶ 5).

6. Plaintiff Patricia Freeman is a Georgia resident who resides at 55 Faithful Dr., Temple, GA 30179, and is subject to the jurisdiction of this Court. (Compl. ¶ 6).

7. Defendant Containerport Group, Inc. is an Ohio corporation, with its principal place of business in Ohio. (Compl. ¶ 7).

8. The amount in controversy exceeds $75,000.00 because the this case involves two wrongful death claims as well as claims for punitive damages; therefore, this Court may make "reasonable deductions, reasonable inferences, or other reasonable extrapolations from the pleadings to determine whether it is facially apparent that a case is removable." *Roe v. Mitchelin North America, Inc.*, 613 F.3d 1058, 1061-62 (11th Cir. 2010) (case involving wrongful death claim and punitive damages was proper for removal although Plaintiff made "unspecified demand for damages in state court").

9. This Court, therefore, has original jurisdiction under 28 U.S.C. § 1332.

10. The United States District Court for the Northern District of Georgia, Atlanta Division, is the appropriate venue under 28 U.S.C. § 1441(a) because it is the district court and division embracing the place where this action is pending.

11. Defendant attaches hereto a copy of the Summons and Complaint in State Court of Gwinnett County, State of Georgia, marked as Exhibit "A."

12. Defendant attaches hereto a copy of Defendants' Notice of Removal which has been sent for filing in the State Court of Gwinnett County, State of Georgia, marked as Exhibit "B".

WHEREFORE Defendant prays that this cause be removed to the United States District Court for the Northern District of Georgia, Atlanta Division, and that no further proceedings occur in the State Court of Gwinnett County, Georgia.

Respectfully submitted this 24th day of March, 2022.

                      **HALL BOOTH SMITH, P.C.**

                      */s/ Preston A. Dunaway*
                      SEAN B. COX
                      Georgia State Bar No. 664108
                      DANIELL R. FINK
                      Georgia State Bar No. 540374
                      PRESTON A. DUNAWAY
                      Georgia State Bar No. 644789
                      *Attorneys for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
scox@hallboothsmith.com
pdunaway@hallboothsmith.com
dfink@hallboothsmith.com
**Defendants Request**
**Trial By Jury**

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SHERYL LYNN BISHOP, Individually and as Surviving Spouse of STEVEN GREGORY BISHOP, and as Administrator of the Estate of STEVEN GREGORY BISHOP, Deceased, and PATRICIA FREEMAN, Individually and as Administrator of the Estate of TOMMY DWAYNE JOHNSON, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CONTAINERPORT GROUP, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO. \_\_\_\_<br><br>REMOVED FROM STATE COURT OF GWINNETT COUNTY<br>CAFN: 22-C-01698-S5 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Defendant's Notice of Removal** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

| | |
|---|---|
| Darren W. Penn | Eric Penn |
| Kevin M. Ketner | The Penn Law Firm |
| Penn Law LLC | 102 S. Ragsdale Street |
| 4200 Northside Parkway, NW | P.O. Box 2079 |
| Building One, Suite 100 | Jacksonville, TX 75766 |
| Atlanta, GA 30327 | eric@thepennlawfirm.com |
| darren@pennlawgroup.com | *Counsel for Plaintiffs* |
| kevin@pennlawgroup.com | |
| *Counsel for Plaintiffs* | |

Respectfully submitted this 24th day of March, 2022.

**HALL BOOTH SMITH, P.C.**

*/s/ Preston A. Dunaway*
SEAN B. COX
Georgia State Bar No. 664108
DANIELL R. FINK
Georgia State Bar No. 540374
PRESTON A. DUNAWAY
Georgia State Bar No. 644789
*Attorneys for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
scox@hallboothsmith.com
pdunaway@hallboothsmith.com
dfink@hallboothsmith.com
**Defendants Request**
**Trial By Jury**