IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHERYL LYNN BISHOP, Individually and as Surviving Spouse of STEVEN GREGORY BISHOP, and as Administrator of the Estate of STEVEN GREGORY BISHOP, Deceased, and PATRICIA FREEMAN, Individually and as Administrator of the Estate of TOMMY DWAYNE JOHNSON, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> CONTAINERPORT GROUP, INC., <br><br> Defendant. | CIVIL ACTION FILE NO. 1:22-cv-1186-SDG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Sheryl Lynn Bishop, Individually and as Surviving Spouse of Steven Gregory Bishop, and as Administrator of the Estate of Steven Gregory Bishop, Deceased, Patricia Freeman, Individually and as Administrator of the Estate of Tommy Dwayne Johnson, Deceased, and Defendant Containerport Group, Inc., by and through their

undersigned counsel, hereby stipulate to dismissal of the above-styled case **with prejudice**.

Respectfully submitted this 1ˢᵗ day of August, 2023.

| **PENN LAW LLC** | **QUINTAIROS, PRIETO, WOOD AND BOYER, P.A** |
|---|---|
| */s/ Darren W. Penn* <br> DARREN W. PENN <br> Georgia Bar No. 571322 <br> darren@pennlawgroup.com <br> KEVIN M. KETNER <br> Georgia Bar No. 418233 <br> kevin@pennlawgroup.com <br> 4200 Northside Parkway, NW <br> Building One, Suite 100 <br> Atlanta, Georgia 30327 <br> Phone/Fax: (404) 961-7655 <br><br> Eric Penn (Adm. *Pro Hac Vice*) <br> The Penn Law Firm <br> 102 S. Ragsdale Street <br> P.O. Box 2079 <br> Jacksonville, Texas 75766 <br> eric@thepennlawfirm.com <br><br> ***Attorneys for the Plaintiffs*** | */s/ Paul B. Trainor* <br> [w/ express permission] <br> Paul B. Trainor <br> 365 Northridge Road, Suite 230 <br> Atlanta, Georgia 30350 <br> Phone: (770) 650-8737 <br> Fax: (770) 650-8797 <br> paul.trainor@qpwblaw.com <br><br> ***Attorney for Defendant*** |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, I hereby certify that this notice has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1.C.

This 1st day of August, 2023.

                                               **PENN LAW LLC**

                                               */s/ Darren W. Penn*
                                               DARREN W. PENN
                                               Georgia Bar No. 571322
                                               darren@pennlawgroup.com

                                               ***Attorneys for the Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused a true and correct copy of the foregoing document to be filed with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

This 1ˢᵗ day of August, 2023.

**PENN LAW LLC**

*/s/ Darren W. Penn*
DARREN W. PENN
Georgia Bar No. 571322
darren@pennlawgroup.com

4200 Northside Parkway, NW
Building One, Suite 100
Atlanta, Georgia 30327
Phone/Fax: (404) 961-7655          ***Attorneys for the Plaintiffs***